# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

FAMILY MEDICINE PHARMACY, LLC, )
                               )
      Plaintiff,                )
                               )
vs.                                   )      CIV. ACT. NO. 1:20-cv-369-TFM-MU
                               )
STEWART GOODMAN., *et al.*,    )
                               )
      Defendants.            )

## <u>ORDER</u>

Pending before the Court is a *Stipulation of Dismissal by All Parties* (Doc. 106, filed 7/21/22) wherein the named parties stipulate to the dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1).

Fed. R. Civ. P. 41(a)(1)(A) allows for dismissal without a court order: (i) before the opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared. A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2).

In the case at hand, the named parties have signed the stipulation of dismissal and note that the matter is dismissed with prejudice as to the named plaintiff and it has no effect on any other potential plaintiff for a subsequent action. The stipulated dismissal certainly resolves the individual claims between Plaintiff Family Medicine Pharmacy LLC and Defendants. Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. However, in the event that Rule 41(a)(1) would not apply and the notice is not self-effectuating, the Court would have still dismissed the claims under Fed. R. Civ. P.

41(a)(2).  Therefore, regardless of which rule applies, the claims in this case are dismissed with prejudice, with costs taxed as paid.

For clarity, the Court must ensure that there is no future confusion.  As the class certification issue was never addressed, the settlement does not (and cannot) address any purported class claims except to the extent Plaintiff Family Medicine Pharmacy LLC can no longer be the class representative or part of a class on these specific claims.  Therefore, the class claims are dismissed without prejudice.

**DONE** and **ORDERED** this the 26th day of July 2022

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE